9422.   JONES *v.* ADVANCE-RUMLEY THRASHER COMPANY.

WADE, C. J.  1. The holder of a note is presumed to be such bona fide and for value.  Civil Code (1910), § 4288.

2. There is nothing in the record to rebut the legal presumption above referred to; and under the testimony adduced the court properly directed a verdict in favor of the plaintiff. See, in this connection, *Edwards &c. Co.* v. *Vidalia Grocery Co.*, 144 *Ga.* 514 (87 S. E. 675, L. R. A. 1916D, 624).

> *Judgment affirmed. Jenkins and Luke, JJ., concur.*
> DECIDED MARCH 14, 1918.

Complaint; from Murray superior court—Judge Tarver. November 3, 1917.

*H. H. Anderson, Maddox, McCamy & Shumate,* for plaintiff in error. *King & Starr,* contra.

---

8989.   PARKER *v.* BRIDGES.

BLOODWORTH, J.  Sustaining a certiorari for the first time on the ground that the verdict is contrary to the evidence is in the nature of a first grant of a new trial on that ground; and where the evidence was conflicting and did not demand the verdict, this court will not interfere with the discretion of the court below in its grant of a new trial. *Telford* v. *Coggins*, 76 *Ga.* 683; *Buice* v. *Buice*, 111 *Ga.* 887 (36 S. E. 969); *Stalnaker* v. *Beach*, 18 *Ga. App.* 172 (88 S. E. 991).

> *Judgment affirmed. Broyles, P. J., and Harwell, J., concur.*
> DECIDED MARCH 14, 1918.

Certiorari; from Decatur superior court—Judge Harrell. May 24, 1917.

*J. C. Hale, M. E. O'Neal,* for plaintiff in error.

*W. V. Custer,* contra.